**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **JILL LICHTE**, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>**BLUE STAR SECURITY, LLC**,<br>**SECURITY SERVICES HOLDINGS LLC**<br>**d/b/a PROTOS SECURITY** and<br>**CHICAGO CUBS BASEBALL CLUB**<br>**LLC**,<br><br>        Defendants. | Case No. 1:25-cv-11230 |

<u>**NOTICE OF WITHDRAWAL OF ECF. NO. 10**</u>

      PLEASE TAKE NOTICE that Plaintiff Jill Lichte hereby withdraws the Affidavit of Service, filed on October 3, 2025 (ECF No. 10).

Dated: October 6, 2025        By:  */s/ Samuel J. Strauss*
                          Samuel J. Strauss
                          STRAUSS BORRELLI PLLC
                          One Magnificent Mile
                          980 N. Michigan Ave., Suite 1610
                          Chicago, IL 60611
                          Telephone: (872) 263-1100
                          Facsimile: (872) 263-1109
                          sam@straussborrelli.com

                          *Attorneys for Plaintiff and the Proposed Class*

1

## CERTIFICATE OF SERVICE

I, Samuel J. Strauss, hereby certify that on October 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 6th day of October, 2025.

STRAUSS BORRELLI PLLC

By: */s/ Samuel J. Strauss*
    Samuel J. Strauss
    STRAUSS BORRELLI PLLC
    One Magnificent Mile
    980 N. Michigan Ave., Suite 1610
    Chicago, IL 60611
    Telephone: (872) 263-1100
    Facsimile: (872) 263-1109
    sam@straussborrelli.com